O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Pacific Business Capital Corporation, | ) CV 09-5188 RSWL (PJWx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER Re: Plaintiff Pacific Business Capital Corporation's Ex Parte Application to Continue Hearing on Defendant Time Warner Cable LLC's Motion for Partial Summary Judgment [148]** |
| Time Warner Cable LLC, Time Warner NY Cable LLC, a Delaware limited liability company | ) |
| Defendants. | ) |

Before the Court is Plaintiff Pacific Business Capital Corporation's ("Plaintiff") Ex Parte Application to Continue Hearing on Defendant Time Warner Cable LLC's Motion for Partial Summary Judgment. Having considered the Application as well as the Opposition submitted, the Court **HEREBY RULES AS FOLLOWS:**

The Court **GRANTS** Plaintiff's Ex Parte Application. The Court finds that good cause exists to justify the continuance of the May 23, 2012, hearing for Defendant

1

Time Ware Cable LLC's Motion for Partial Summary Judgment.

The Court notes that four other Motions for this case were also originally set for hearing on May 23, 2012, including: (1) Plaintiff's own Motion for Partial Summary Judgment [111], (2) Counter-claimant Canfield Funding LLC's Motion for Partial Summary Judgment [125], (3) Plaintiff's Motion for Sanctions [104], and (4) Plaintiff's Motion in Limine [109].  In the interest of judicial economy, the Court also continues the hearings for these Motions.

Accordingly, the Court **HEREBY** orders the following:

(1) The hearings for Defendant Time Warner Cable LLC's Motion for Partial Summary Judgment [120] and the above four Motions are continued to June 1, 2012, at 10:00 a.m.

(2) Plaintiff's Opposition papers for Defendant Time Warner Cable LLC's Motion [120] are due on May 11, 2012, and Defendants Time Warner Cable LLC's Reply is due on May 25, 2012.

(3) The deadlines for an Opposition and Reply for the other four motions remain the same.

DATED: April 27, 2012
**IT IS SO ORDERED.**

RONALD S.W. LEW

_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge